PAN AMERICAN LIFE INSURANCE COMPANY *v.* ORR.

*Transferred to the Court of Appeals. All the Justices concur, except Hill, J., absent because of illness.*

No. 9784. AUGUST 10, 1933.

*H. M. Rylee, Frank R. Martin,* and *George & John L. West-moreland,* for plaintiff.

*Douglas M. Orr,* for defendant.